AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Springmann, Theresa L. | Northern District of Indiana | 7/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U. S. Courthouse
1300 South Harrison Street
Fort Wayne, IN 46802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Master Card | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - Riversource Life Ins. Fixed account | A | Dividend | K | T | Redeemed (part) | 01/03/12 | J | | |
| 3. | | | | | Redeemed (part) | 02/01/12 | J | | |
| 4. | | | | | Redeemed (part) | 03/01/12 | J | | |
| 5. | | | | | Redeemed (part) | 03/30/12 | J | | |
| 6. | | | | | Redeemed (part) | 05/01/12 | J | | |
| 7. | | | | | Redeemed (part) | 06/01/12 | J | | |
| 8. | | | | | Redeemed (part) | 06/29/12 | J | | |
| 9. | | | | | Redeemed (part) | 08/01/12 | J | | |
| 10. | | | | | Redeemed (part) | 08/31/12 | J | | |
| 11. | | | | | Redeemed (part) | 10/01/12 | J | | |
| 12. | | | | | Redeemed (part) | 11/01/12 | J | | |
| 13. | | | | | Redeemed (part) | 11/30/12 | J | | |
| 14. - Riversource VP Div Bond C13 | A | Interest | K | T | Redeemed (part) | 01/03/12 | J | | |
| 15. | | | | | Redeemed (part) | 02/01/12 | J | | |
| 16. | | | | | Redeemed (part) | 03/01/12 | J | | |
| 17. | | | | | Redeemed (part) | 03/30/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 05/01/12 | J | | |
| 19. | | | | | Redeemed (part) | 06/01/12 | J | | |
| 20. | | | | | Redeemed (part) | 06/29/12 | J | | |
| 21. | | | | | Redeemed (part) | 08/01/12 | J | | |
| 22. | | | | | Redeemed (part) | 08/31/12 | J | | |
| 23. | | | | | Redeemed (part) | 10/01/12 | J | | |
| 24. | | | | | Redeemed (part) | 11/01/12 | J | | |
| 25. | | | | | Redeemed (part) | 11/30/12 | J | | |
| 26. - Riversource VP Cash Mgmt C13 | A | Interest | K | T | Redeemed (part) | 01/03/12 | J | | |
| 27. | | | | | Redeemed (part) | 02/01/12 | J | | |
| 28. | | | | | Redeemed (part) | 03/01/12 | J | | |
| 29. | | | | | Redeemed (part) | 03/30/12 | J | | |
| 30. | | | | | Redeemed (part) | 05/01/12 | J | | |
| 31. | | | | | Redeemed (part) | 06/01/12 | J | | |
| 32. | | | | | Redeemed (part) | 06/29/12 | J | | |
| 33. | | | | | Redeemed (part) | 08/01/12 | J | | |
| 34. | | | | | Redeemed (part) | 08/31/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 10/01/12 | J | | |
| 36. | | | | | Redeemed (part) | 11/01/12 | J | | |
| 37. | | | | | Redeemed (part) | 11/30/12 | J | | |
| 38. | | | | | | | | | |
| 39. IRA # 2 | | | | | | | | | |
| 40. - Riversource Life Ins. Fixed Account | A | Dividend | | | Redeemed | 12/6/11 | J | | |
| 41. - Riversource COL VP Div Bond C13 | A | Interest | | | Redeemed | 12/6/11 | J | | |
| 42. - Riversource COL VP Cash Mgmt C13 | A | Interest | | | Redeemed | 12/6/11 | J | | |
| 43. | | | | | | | | | |
| 44. Annuity - Riversource Fixed Annuity | A | Dividend | K | T | | | | | |
| 45. | | | | | | | | | |
| 46. IRA #3 | | | | | | | | | |
| 47. -Riversource Life Ins. Fixed Account | B | Int./Div. | L | T | | | | | |
| 48. -Riversource COL VP Div Bond C13 | C | Dividend | L | T | | | | | |
| 49. | | | | | | | | | |
| 50. IRA #4 | | | | | | | | | |
| 51. - Riversource Life Ins. Fixed Account | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Riversource COL VP Div Bond C13 | B | Interest | K | T | | | | | |
| 53.   - Riversource COL VP Cash Mgmt C13 | A | Interest | J | T | | | | | |
| 54. | | | | | | | | | |
| 55.   Chase Bank Account | A | Interest | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58.   T. Rowe Price Summit Cash Reserve | A | Interest | K | T | Sold (part) | 02/21/12 | J | | |
| 59. | | | | | Sold (part) | 03/28/12 | J | | |
| 60. | | | | | Sold (part) | 07/06/12 | J | | |
| 61. | | | | | Sold (part) | 07/06/12 | J | | |
| 62. | | | | | Sold (part) | 07/27/12 | J | | |
| 63. | | | | | Sold (part) | 12/10/12 | J | | |
| 64. | | | | | Sold (part) | 12/11/12 | J | | |
| 65. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 66. | | | | | Buy (add'l) | 02/01/12 | J | | |
| 67. | | | | | Buy (add'l) | 02/06/12 | J | | |
| 68. | | | | | Buy (add'l) | 02/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/08/12 | J | | |
| 70. | | | | | Buy (add'l) | 02/09/12 | J | | |
| 71. | | | | | Buy (add'l) | 02/13/12 | J | | |
| 72. | | | | | Buy (add'l) | 02/28/12 | J | | |
| 73. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 74. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 75. | | | | | Buy (add'l) | 03/29/12 | J | | |
| 76. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 77. | | | | | Buy (add'l) | 05/01/12 | J | | |
| 78. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 79. | | | | | Buy (add'l) | 06/19/12 | J | | |
| 80. | | | | | Buy (add'l) | 06/22/12 | J | | |
| 81. | | | | | Buy (add'l) | 07/11/12 | J | | |
| 82. | | | | | Buy (add'l) | 07/12/12 | J | | |
| 83. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 84. T. Rowe Price Capital Appreciation Fund | C | Dividend | J | T | Buy | 07/06/12 | J | | |
| 85. | | | | | Buy (add'l) | 12/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T. Rowe Price Personal Strategy Income | C | Dividend | J | T | Buy | 07/06/12 | J | | |
| 87. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 88. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 89. T. Rowe Price Emerging Markets Bond | C | Dividend | J | T | Buy | 03/28/12 | J | | |
| 90. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 91. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 92. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 93. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 94. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 95. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 96. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 97. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 98. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 99. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 100. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 101. T. Rowe Price Real Estate | C | Dividend | J | T | Buy | 07/27/12 | J | | |
| 102. | | | | | Buy (add'l) | 09/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 104. Ford common shares | D | Dividend | J | T | Buy | 12/06/12 | J | | |
| 105. Toll Bros Inc common shares | C | Dividend | J | T | Buy | 12/06/12 | J | | |
| 106. Coach common shares | D | Dividend | J | T | Buy | 12/05/12 | J | | |
| 107. T. Rowe Price New Asia | A | Dividend | J | T | Buy (add'l) | 12/18/12 | J | | |
| 108. | | | | | | | | | |
| 109. T. Rowe Price Emerging Markets Stock Mutual | A | Int./Div. | J | T | Buy (add'l) | 12/18/12 | J | | |
| 110. | | | | | | | | | |
| 111. T. Rowe Price New Income Fund | A | Dividend | J | T | Buy (add'l) | 02/21/12 | J | | |
| 112. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 113. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 114. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 115. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 116. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 117. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 118. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 119. | | | | | Buy (add'l) | 08/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 121. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 122. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 123. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 124. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 125. T. Rowe Price Retirement Fund | A | Dividend | K | T | Buy (add'l) | 01/31/12 | J | | |
| 126. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 127. | | | | | Buy (add'l) | 3/30/12 | J | | |
| 128. | | | | | Buy (add'l) | 4/30/12 | J | | |
| 129. | | | | | Buy (add'l) | 5/31/12 | J | | |
| 130. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 131. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 132. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 133. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 134. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 135. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 136. | | | | | Buy (add'l) | 12/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 138.  Bank of America common shares | A | Dividend | J | T | | | | | |
| 139. | | | | | | | | | |
| 140.  Home Depot common shares | A | Dividend | | | Sold | 02/01/12 | J | | |
| 141.  Qualcomm common | A | Dividend | | | Sold | 02/02/12 | J | | |
| 142.  McDonalds common | A | Dividend | | | Sold | 02/03/12 | J | | |
| 143.  Apple common shares | | None | | | Sold | 02/08/12 | J | | |
| 144.  Coinstar Inc Common shares | | None | | | Sold | 02/08/12 | J | | |
| 145.  Avalon Bay common shares | A | Dividend | | | Sold | 03/13/12 | J | | |
| 146.  Cummins Engine common shares | A | Dividend | | | Sold | 03/15/12 | J | | |
| 147.  Texas Instrument common | A | Dividend | | | Sold | 03/26/12 | J | | |
| 148.  Google inc common shares | | None | | | Sold | 03/28/12 | J | | |
| 149.  Verizon common | A | Dividend | | | Sold | 04/26/12 | J | | |
| 150.  Abbott Labs common shares | | None | | | Sold | 06/14/12 | J | | |
| 151.  A T & T common shares | A | Dividend | | | Sold (part) | 06/13/12 | J | | |
| 152.  A T & T common shares | A | Dividend | | | Sold | 12/06/12 | J | | |
| 153.  Wisdom Tree Large Cap Fund | A | Dividend | | | Sold | 06/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Mid America Apartments common | A | Dividend | | | Sold | 07/06/12 | J | | |
| 155. Cree Inc common shares | | None | | | Sold | 12/05/12 | J | | |
| 156. American Electric Power common shares | A | Dividend | | | Sold | 12/05/12 | J | | |
| 157. Compagine Financiere Richemont AG Switz common shares | | None | | | Sold | 12/05/12 | J | | |
| 158. A T & T common shares | A | Dividend | | | Sold | 12/06/12 | J | | |
| 159. Applied Materials common shares | | None | | | Sold | 12/06/12 | J | | |
| 160. Exelon Corp. common shares | | None | | | Sold | 12/06/12 | J | | |
| 161. USAA Precious Metals & Mineral Fund | A | Dividend | | | Sold | 12/06/12 | J | | |
| 162. Corning common shares | A | Dividend | | | Sold | 12/06/12 | J | | |
| 163. Estate 1 | A | Interest | J | T | | | | | |
| 164. Chase Bank acount | | None | | | Distributed | 07/16/12 | J | | |
| 165. Disney common shares | A | Dividend | | | Donated | 08/01/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 7/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 39 - IRA #2 was redemmed completely on 12.6.11. It was reported in 2011 as a partial redemption.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theresa L. Springmann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544